STATE v. E. R. HUGHES.

No. A-6275.   Opinion Filed Nov. 30, 1926.
(250 Pac. 1119.)

S. P. Freeling, for the State.

C. B. Stuart and Everest, Vaught & Brewer, for defendant in error.

PER CURIAM.   This is an appeal by the state,

sustaining a demurrer to the indictment. The appeal is dismissed, for the reasons stated in case No. A-6274, 35 Okla. Cr. 357, 250 P. 1119, involving the same issues.